**PARIS ACKERMAN & SCHMIERER LLP**
Ross H. Schmierer, Esq.
103 Eisenhower Parkway
Roseland, New Jersey 07068
(973) 228-6667
ross@paslawfirm.com

**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
Todd M. Friedman, Esq.
(*Pro Hac Vice Pending*)
369 S. Doheny Dr., #415
Beverly Hills, CA 90211
Telephone: (877) 206-4741
tfriedman@attorneysforconsumers.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| RICHARD MARCUS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br>v.<br><br>HENRY SCHEIN PRACTICE SOLUTIONS INC. d/b/a EASY DENTAL,<br><br>Defendant. | Case No.: 3:16-cv-01516-AET-DEA<br><br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Plaintiff Richard Marcus hereby voluntarily dismisses this action against the defendant Henry Schein Practice Solutions Inc. d/b/a Easy Dental, pursuant to the Federal Rules of Civil Procedure 41(a)(l)(A)(i).

**PARIS ACKERMAN & SCHMIERER LLP**

By:     *s/Ross H. Schmierer*_____
Ross H. Schmierer, Esq.
103 Eisenhower Parkway
Roseland, NJ 07068
(T): (973) 228-6667
(F): (973) 629-1246
ross@paslawfirm.com